AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

**APPEARANCE**

Case Number: 08-CIV.4286

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Mack-Cali Realty Corporation, Christina Damiano, James A. Bell, and Janice Torchinsky.

I certify that I am admitted to practice in this court.

| 5/29/2008 | *[signature]* | |
|---|---|---|
| Date | Signature | |
| | William H. Healey | WH3043 |
| | Print Name | Bar Number |

Mandelbaum, Salsburg, P.C.   119 Maple Ave.
Address

| Red Bank, | New Jersey | 07760 |
|---|---|---|
| City | State | Zip Code |

| (732) 933-1515 | (732) 933-5551 |
|---|---|
| Phone Number | Fax Number |