# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

## APPEARANCE

REVELLA v. MACK-CALI REALTY CORPORATION, et al.          Case Number: 08-CV-4286 (KMK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants, Mack-Cali Realty Corporation, Christina Damiano, James A. Bell, and Janice Torchinsky

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/29/2008 | [signature] |
| Date | Signature |
| | Frederick J. Wilmer    FW7796 |
| | Print Name    Bar Number |
| | 580 White Plains Road |
| | Address |
| | Tarrytown,    New York    10591 |
| | City    State    Zip Code |
| | (914) 750-5933    (914) 750-5922 |
| | Phone Number    Fax Number |