# AFFIDAVIT OF SERVICE

| | | | |
|---|---|---|---|
| UNITED STATES DISTRICT COURT | | FILE NO.: | |
| SOUTHERN DISTRICT OF NEW YORK | FILED ON: May 6, 2008 | CASE NO.: | 08 CIV 4286 |

TERRY REVELLA,                                                                 Plaintiff(s) - Petitioner(s)

-vs-

MACK-CALI REALTY CORPORATION, ET AL,

                                                                                     Defendant(s) - Respondent(s)

STATE OF NEW YORK
COUNTY OF     WESTCHESTER

I, John Catlin     being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party in this proceeding and resides in New York State.
On     May 9, 2008                at           11:14 AM
Deponent served the within     SUMMONS IN A CIVIL ACTION AND VERIFIED COMPLAINT
upon     JANICE TORCHINSKY, DEFENDANT
at address:     100 Clearbrook Rd.                                     City & State:     Elmsford, NY 10523

## MANNER OF SERVICE

**INDIVIDUAL**
1. [ ]     By delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein

**CORPORATION**
2. [ ]     a _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof

**SUITABLE AGE PERSON**
3. [X]     by delivering thereat a true copy of each to     CANDACE "SMITH" (Receptionist)     a person of suitable age and discretion. Said premises is recipient's     actual place of business.

**AFFIXING TO DOOR, ETC.**
4. [ ]     by affixing a true copy of to the door of said premises which is recipient's _____
Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there. Deponent talked to _____ premises who stated that recipient _____

**MAILING TO RESIDENCE**
Use with 3 or 4
5a. [ ]     Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first postpaid envelope properly addressed to recipient at recipient's last known residence, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS**
Use with 3 or 4
5b. [X]     Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first postpaid envelope properly addressed to recipient's actual place of business, at     100 Clearbrook Rd.     Elmsford, NY 10523     in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION**
[X]     Deponent describes the person actually served as:
Sex:     FEMALE             Skin Color:     BLACK SKIN          Hair Color:     BROWN HAIR
Approx. Age:     21-35 YRS.     Approx. Height:     5'0"-5'3"     Approx. Weight:     100-130 LBS.
Other identifying features:

**WITNESS FEES:**
[ ]     $ _____ authorizing traveling expenses and one days' witness fee

**MILITARY SERVICE**
[X]     I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn before me on May 12, 2008

AMY KING
Notary Public, State of New York
Reg. No. 01KI6149419
Qualified in Westchester County
Commission Expires July 10, 2010

JOHN CATLIN

%AO 440 (Rev. 8/01) Summons in a Civil Action

| 08-CIV-4286 | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5/9/08 |
| NAME OF SERVER (PRINT) JOHN CATLIN | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): LEFT COPIES THEREOF AT THE DEFENDANTS ACTUAL PLACE OF BUSINESS WITH CANDACE "SMITH", HEAD RECEPTIONIST, A PERSON OF SUITABLE AGE

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/12/08
  _Date_

AMY KING
Notary Public, State of New York
Reg. No. 01KI6149419
Qualified in Westchester County
Commission Expires July 10, 2010

_Signature of Server_

38 Gwen St, Mt K&o, NY
_Address of Server_

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | FILE NO.: |
| SOUTHERN DISTRICT OF NEW YORK | FILED ON: May 6, 2008 | CASE NO.: 08 CIV 4286 |

TERRY REVELLA,                                                                 Plaintiff(s) - Petitioner(s)

-vs-

MACK-CALI REALTY CORPORATION, ET AL,

Defendant(s) - Respondent(s)

---

STATE OF NEW YORK
COUNTY OF   WESTCHESTER

I, **John Catlin** being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party in this proceeding and resides in New York State.

On **May 9, 2008** at **11:14 AM**
Deponent served the within   **SUMMONS IN A CIVIL ACTION AND VERIFIED COMPLAINT**
upon   **JAMES A. BELL, DEFENDANT**
at address:   **100 Clearbrook Rd.**                                           City & State:   **Elmsford, NY 10523**

**MANNER OF SERVICE**

**INDIVIDUAL**
1. [ ] By delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein

**CORPORATION**
2. [ ] a _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof

**SUITABLE AGE PERSON**
3. [X] by delivering thereat a true copy of each to **CANDACE "SMITH" (Receptionist)** a person of suitable age and discretion. Said premises is recipient's    actual place of business.

**AFFIXING TO DOOR, ETC.**
4. [ ] by affixing a true copy of to the door of said premises which is recipient's _____ Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there. Deponent talked to _____ premises who stated that recipient _____

**MAILING TO RESIDENCE** Use with 3 or 4
5a. [ ] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first postpaid envelope properly addressed to recipient at recipient's last known residence, at _____ and deposited said envelope in an official depositor under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS** Use with 3 or 4
5b. [X] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first postpaid envelope properly addressed to recipient's actual place of business, at **100 Clearbrook Rd.   Elmsford, NY 10523** in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION**
[X] Deponent describes the person actually served as:
Sex: **FEMALE**           Skin Color: **BLACK SKIN**         Hair Color: **BROWN HAIR**
Approx. Age: **21-35 YRS.**   Approx. Height: **5'0"-5'3"**   Approx. Weight: **100-130 LBS.**
Other identifying features:

**WITNESS FEES:**
[ ] $ _____ authorizing traveling expenses and one days' witness fee

**MILITARY SERVICE**
[X] I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn before me on MAY 12 2008

AMY KING
Notary Public, State of New York
Reg. No. 01KI6149419
Qualified in Westchester County
Commission Expires July 10, 2010

_____
JOHN CATLIN

%AO 440 (Rev. 8/01) Summons in a Civil Action

| 08-CIV-4286 | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | 5/9/08 |
| NAME OF SERVER (PRINT) JOHN CATLIN | TITLE | PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): LEFT COPIES THEREOF AT THE DEFENDANTS ACTUAL PLACE OF BUSINESS WITH CANDACE "SMITH", HEAD RECEPTIONIST, A PERSON OF SUITABLE AGE

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/12/08

AMY KING
Notary Public, State of New York
Reg. No. 01KI6149419
Qualified in Westchester County
Commission Expires July 10, 2010

Signature of Server

38 Gans St Mt. Kisco NY
Address of Server

# AFFIDAVIT OF SERVICE

| | | | |
|---|---|---|---|
| UNITED STATES DISTRICT COURT | | FILE NO.: | |
| SOUTHERN DISTRICT OF NEW YORK | FILED ON: May 6, 2008 | CASE NO.: | 08 CIV 4286 |

**TERRY REVELLA,**                                                                 Plaintiff(s) - Petitioner(s)

-vs-

**MACK-CALI REALTY CORPORATION, ET AL,**

                                                                                              Defendant(s) - Respondent(s)

STATE OF NEW YORK
COUNTY OF    WESTCHESTER

I, **John Catlin**   being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party in this proceeding and resides in New York State.

On    **May 9, 2008**    at    **11:14 AM**
Deponent served the within    **SUMMONS IN A CIVIL ACTION AND VERIFIED COMPLAINT**
upon    **CHRISTINA DAMIANO, DEFENDANT**
at address:    **100 Clearbrook Rd.**    City & State:    **Elmsford, NY 10523**

## MANNER OF SERVICE

**INDIVIDUAL**
1. [ ] By delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein

**CORPORATION**
2. [ ] a _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof

**SUITABLE AGE PERSON**
3. [X] by delivering thereat a true copy of each to    **CANDACE "SMITH" (Receptionist)**    a person of suitable age and discretion. Said premises is recipient's    actual place of business.

**AFFIXING TO DOOR, ETC.**
4. [ ] by affixing a true copy of to the door of said premises which is recipient's _____
Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there. Deponent talked to _____ premises who stated that recipient _____

**MAILING TO RESIDENCE**
Use with 3 or 4
5a. [ ] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first postpaid envelope properly addressed to recipient at recipient's last known residence, at _____ and deposited said envelope in an official depositor under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS**
Use with 3 or 4
5b. [X] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first postpaid envelope properly addressed to recipient's actual place of business, at    **100 Clearbrook Rd.    Elmsford, NY 10523**
in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION**
[X] Deponent describes the person actually served as:
Sex:    **FEMALE**        Skin Color:    **BLACK SKIN**        Hair Color:    **BROWN HAIR**
Approx. Age:    **21-35 YRS.**    Approx. Height:    **5'0"-5'3"**    Approx. Weight:    **100-130 LBS.**
Other identifying features:

**WITNESS FEES:**
[ ] $ _____ authorizing traveling expenses and one days' witness fee

**MILITARY SERVICE**
[X] I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn before me on **MAY 12 2008**                                                    _____
                                                                                                              **JOHN CATLIN**
**AMY KING**
Notary Public, State of New York
Reg. No. 01KI6149419
Qualified in Westchester County
Commission Expires July 10, 2010

AO 440 (Rev. 8/01) Summons in a Civil Action

| 08-CV-4286 | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me | DATE 5/9/08 |
| NAME OF SERVER (PRINT) JOHN CATLIN | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): LEFT COPIES THEREOF AT THE DEFENDANTS ACTUAL PLACE OF BUSINESS WITH CANDACE "SMITH", HEAD RECEPTIONIST, A PERSON OF SUITABLE AGE

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/12/08
Date

Signature of Server

Address of Server: 38 [illegible] St Mt Kisco NY 10549

AMY KING
Notary Public, State of New York
Reg. No. 01KI6149419
Qualified in Westchester County
Commission Expires July 10, 2010

AO 440 (Rev. 8/01) Summons in a Civil Action

**08 CIV 4286** — RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me | DATE 5-15-2008 @ 4:26 pm |
| NAME OF SERVER (PRINT) Chris Monell | TITLE NJ Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: MACK-CALI REALTY CORP
343 Thornall St.
Edison, NJ 08837

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): Served Jackie Patanella. Authorized to Accept
W/F/30s/5'6/170/Brn

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-15-2008

Signature of Server

Address of Server:
24-SEVEN INVESTIGATIONS,
SECURITY & LEGAL SERVICES, INC.
1913 GREENTREE ROAD, SUITE A
CHERRY HILL, NJ 08003
1-877-268-0007