**MANDELBAUM, SALSBURG, GOLD,
LAZRIS & DISCENZA, PC**
155 Prospect Avenue
West Orange, New Jersey 07052
(973) 736-4600
Attorneys for Defendants

**KISSEL, PESCE, HIRSCH & WILMER, LLP**
580 White Plains Rd.
Tarrytown, New York 10591
(914) 750-5933
Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

| | | |
|---|---|---|
| TERRY REVELLA, | : | Civil Action No. 08 CIV. 4286 (KMK) |
| Plaintiff, | : | |
| vs. | : | |
| MACK-CALI REALTY CORPORATION, | : | **DISCLOSURE STATEMENT** |
| and CHRISTINA DAMIANO, JAMES A. | | **PURSUANT TO FED R. CIV.P. 7.1** |
| BELL, and JANICE TORCHINSKY, | : | |
| Defendants. | | |
| _____ | : | |

     Pursuant to the Federal Rules of Civil Procedure [formerly Local General Rule 1.9], and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant Mack-Cali Realty Corporation ("Mack-Cali") makes the following disclosure: Mack-Cali is a Maryland Corporation.  Mack-Cali does not have any publicly held corporate parents, affiliates and/or subsidiaries.

     The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

                                                      /s/ William H. Healey
DATED: June 4, 2008                                      WILLIAM H. HEALEY

286862v2

1