# MANDELBAUM SALSBURG

**MANDELBAUM, SALSBURG, GOLD, LAZRIS & DISCENZA P.C.**
ATTORNEYS AT LAW
FOUNDED IN 1930

**MEMO ENDORSED**

**155 PROSPECT AVENUE**
**WEST ORANGE, NJ 07052-4204**
**TEL. (973) 736-4600  ·  FAX (973) 325-7467**

UNION COUNTY OFFICE
75 ELIZABETH AVENUE
ELIZABETH, NJ 07206
TEL. (908) 353-6764  ·  FAX (908) 353-6780

MIDDLESEX COUNTY OFFICE
317 GEORGE STREET, SUITE 440
NEW BRUNSWICK, NJ 08901
TEL. (732) 628-0900  ·  FAX (732) 628-0920

MONMOUTH COUNTY OFFICE
119 MAPLE AVENUE
RED BANK, NJ 07701
TEL. (732) 933-1515  ·  FAX (732) 933-5551

FLORIDA OFFICE
10304 CROSBY PLACE
PORT ST. LUCIE, FL. 34986
TEL. (772) 460-6356  ·  FAX (772) 460-6357
E-Mail: rsteinberg_esq@yahoo.com

NEW YORK CITY OFFICE
90 JOHN STREET, SUITE 309
NEW YORK, NY 10038
TEL. (212) 791-7200  ·  FAX (212) 791-7276

Website: www.msgld.com
E-Mail: whealey@msgld.com

ALL REPLIES TO:   Monmouth County Office
REFERENCE FILE #

IRVING MANDELBAUM (1906-1993)
BARRY R. MANDELBAUM
RICHARD M. SALSBURG[1]▶
AVROM J. GOLD
YALE I. LAZRIS
JOHN R. DUSINBERRE
JOSEPH J. DISCENZA+
JOSEPH A. VENA
LYNNE STROBER◆
OWEN T. HUGHES[2]
GARY S. YOUNG[3]
RICHARD L. SLAVITT[3]
CHARLES S. LORBER
ARTHUR D. GROSSMAN
DEBORAH L. GREENE
ROBERT W. GLUCK
MICHAEL A. SAFFER[3]
STEVEN A. HOLT[1]
MARK F. KLUGER
WILLIAM H. HEALEY[6]
CRAIG W. ALEXANDER[3]
WILLIAM S. BARRETT[3]
DENNIS J. ALESSI[7]
STUART GOLD[3]
CHERYL H. BURSTEIN[5]
ROBIN F. LEWIS[3]
JOSEPH J. PETERS
THOMAS W. ACKERMANN[3]
SHARON T. JACOBSON
DAVID S. CARTON[1]
PAUL T. GREGORY[1]

~ COUNSEL ~
ALAN L. SUSSMAN[3]
LISA FACTOR FOX[8]   RICKI ANNE SOKOL[4]

~ OF COUNSEL ~
RICHARD H. STEINBERG[2]
MARK BAUMGARTEN
MICHAEL SCHLESINGER
JOSEPH T. MURRAY▼

~ ASSOCIATES ~
MANUEL R. GROVA, JR.
DEBORAH A. CONCEPCION
ANDREA L. ALEXANDER[5]
LANCE N. OLITT[3]
PETER H. TANELLA
WHITNEY G. FISHER[7]
LAUREN BETTMAN GERSHENGORN
CHRISTOPHER M. ERB[3]
JUSTIN S. BLACK[3]

DEAN T. BENNETT[3]
DAVID A. WARD[9]

HON. ROBERT A. LONGHI (RET.)
RICHARD I. SIMON[3]
CHARLES E. BAXLEY▼
JAMES F. BAXLEY

ALONA MAGIDOVA[3]
ARLA D. CAHILL[6]
GARY S. POPLASKI[3]
OWEN J. LIPNICK[3]
PHILLIP G. RAY
YANET P. NOBLE[3]
SHARMILA D. IAZZETTI[3]
DOOYONG KANG[8]
CASEY L. CARHART[3]

◆ FELLOW OF THE AMERICAN ACADEMY OF MATRIMONIAL LAWYERS
+ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CERTIFIED CIVIL TRIAL ATTORNEY
‡ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CERTIFIED MATRIMONIAL TRIAL ATTORNEY
▶ COURT APPOINTED MEDIATOR                  ▼ REGISTERED U.S. PATENT ATTORNEY
1 MEMBER OF NJ & PA BAR                     6 MEMBER OF NJ, NY & PA BAR
2 MEMBER OF NJ & FL BAR                     7 MEMBER OF NJ, NY & D.C. BAR
3 MEMBER OF NJ & NY BAR                     8 MEMBER OF NJ & ILL BAR
4 MEMBER OF NJ & MA BAR                     9 MEMBER OF NY BAR
5 MEMBER OF NJ, NY & CA BAR

June 4, 2008

**VIA FEDERAL EXPRESS**
The Honorable Kenneth M. Karas, U.S.D.J.
United States District Court, S.D.N.Y.
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

> Re:   **Revella v. Mack-Cali Realty Corporation, *et al.***
>       **Civil Action No. 08 Civ. 4286**

Dear Judge Karas:

    We represent Defendants Mack-Cali Realty Corporation, Christina Damiano, James Bell, and Janice Torchinsky (collectively, "Defendants"). By letter dated May 29, 2008, we requested a conference to discuss our request to file a motion to dismiss several of Plaintiff's claims pursuant to Fed. R. Civ. P. 12(b)(6). Please be advised that on June 4, 2008, we filed an Answer on Defendants' behalf. Accordingly, our intended motion would now be filed under Fed. R. Civ. P. 12(c). Thank you.

Respectfully,

*/s/ William H. Healey*
WILLIAM H. HEALEY

cc:  Gustavo L. Vila, Esq. (via facsimile & regular mail)
     Frederick J. Wilmer, Esq. (via facsimile & regular mail)

*[Handwritten endorsement:]* The Court will hold a pre-motion conference on July 23, 2008, at 2:00. Plaintiff is to respond to Defendants' requesting letter by June 16, 2008.

SO ORDERED
*/s/ Kenneth M. Karas*
KENNETH M. KARAS, U.S.D.J.
6/10/08