

## KUCZINSKI, VILA & ASSOCIATES, LLP
220 White Plains Road, Suite 220, Tarrytown, NY 10591
Tel.: (914)347-7333 ◆ Fax.:(914)347-7395 ◆ Web: www.kvalawfirm.com

June 12, 2008

The Honorable Kenneth M. Karas, U.S.D.J.
United States District Court, S.D.N.Y.
300 Quarropas Street, Chambers 533
White Plains, New York 10601

      Re:   Revella v. Mack-Cali Realty Corporation, et al.
             Civil Action No.: 08 Civ. 4286 (KMK)

Dear Judge Karas:

     In response to Defendants' letter requesting a pre-motion conference, please be informed that Plaintiff's counsel consents to the pre-motion conference on July 23, 2008.

     Thank you.

                                                Respectfully submitted,

                                                Gustavo L. Vila (0436)

GLV/gso

cc:   William H. Healey, Esq.
       Frederick J. Wilmer, Esq.