# ⚖ KVA

### KUCZINSKI, VILA & ASSOCIATES, LLP
220 White Plains Road, Suite 220, Tarrytown, NY 10591
Tel.: (914)347-7333 ◆ Fax.:(914)347-7395 ◆ Web: www.kvalawfirm.com

June 12, 2008

The Honorable Kenneth M. Karas, U.S.D.J.
United States District Court, S.D.N.Y.
300 Quarropas Street, Chambers 533
White Plains, New York 10601

           Re:    Revella v. Mack-Cali Realty Corporation, et al.
                  <u>Civil Action No.: 08 Civ. 4286 (KMK)</u>

Dear Judge Karas:

    In response to Defendants' letter requesting a pre-motion conference, please be informed that Plaintiff's counsel consents to the pre-motion conference on July 23, 2008.

    Thank you.

                                              Respectfully Submitted,

                                             Gustavo L. Vila (0436)

GLV/gso

cc:    William H. Healey, Esq.
        Frederick J. Wilmer, Esq.

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: _____]

[Handwritten note:] This letter does not comport with the Court's Individual practices. Plaintiff is to explain why Defendants' motion is without merit, in a letter, by June 20, 2008. So Ordered, [signature] 6/13/08