UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRANCE REVELLA,<br><br>                Plaintiff,<br><br>        vs.<br><br>MACK-CALI REALTY CORPORATION, CHRISTINA DAMIANO, JAMES A. BELL and JANICE TORCHINSKY,<br><br>                Defendants. | Civil Case No.  08 CIV. 4286 (KMK)<br><br>**STIPULATION  AND ORDER WITHDRAWING THE COMPLAINT** |

Plaintiff Terrance Revella and Defendants Mack-Cali Realty Corporation, Christina Damiano, James Bell, and Janice Torchinsky, by and through their undersigned counsel, hereby stipulate that the Complaint in this action is hereby withdrawn in its entirety, and with each party bearing their own attorneys' fees and costs.

                              MANDELBAUM, SALSBURG, GOLD,
                              LAZRIS, & DISCENZA, P.C.
                              Attorneys for Defendants

DATED:  June 20, 2008                    By:___/s/ William H. Healey_____
                                                    WILLIAM H. HEALEY


                              KISSEL, PESCE, HIRSCH & WIMER, LLP
                              Attorneys for Defendants

DATED:  June 20, 2008                    By:___/s/ Frederick J. Wilmer_____
                                                    FREDERICK J. WILMER

                KUCZINSKI VILA & ASSOCIATES, LLP
                Attorneys for Plaintiff

DATED: June 20, 2008    By:____/s/ Gustavo L. Vila_____
                GUSTAVO L. VILA


SO ORDERED:


_____
HON. KENNETH M. KARAS, U.S.D.J.



288866