UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRANCE REVELLA,<br><br>   Plaintiff,<br><br>vs.<br><br>MACK-CALI REALTY CORPORATION,<br>CHRISTINA DAMIANO, JAMES A. BELL<br>and JANICE TORCHINSKY,<br><br>   Defendants. | Civil Case No. 08 CIV. 4286 (KMK)<br><br>**STIPULATION AND ORDER**<br>**WITHDRAWING THE COMPLAINT** |

  Plaintiff Terrance Revella and Defendants Mack-Cali Realty Corporation, Christina Damiano, James Bell, and Janice Torchinsky, by and through their undersigned counsel, hereby stipulate that the Complaint in this action is hereby withdrawn in its entirety, and with each party bearing their own attorneys' fees and costs.

           MANDELBAUM, SALSBURG, GOLD,
           LAZRIS, & DISCENZA, P.C.
           Attorneys for Defendants

DATED: June 20, 2008    By: /s/ William H. Healey
             WILLIAM H. HEALEY


           KISSEL, PESCE, HIRSCH & WIMER, LLP
           Attorneys for Defendants

DATED: June 20, 2008    By: /s/ Frederick J. Wilmer
             FREDERICK J. WILMER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

1

                                KUCZINSKI VILA & ASSOCIATES, LLP
                                Attorneys for Plaintiff

DATED: June 20, 2008           By:    /s/ Gustavo L. Vila
                                            GUSTAVO L. VILA

SO ORDERED:

_____
HON. KENNETH M. KARAS, U.S.D.J.
6/24/08

288866

2